AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00120 |
| Andrew Yavoich | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 6/7/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Michael Yavoich ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds.;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date:   06/07/2023
*Issuing officer's signature*

City and state:   Washington, D.C.       Moxila A. Upadhyaya Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/07/2023 , and the person was arrested on *(date)* 06/14/2023
at *(city and state)* Wilmington, Delaware.

Date: 06/14/2023
*Arresting officer's signature*

CLINTON NANJI NANJI   Special Agent
*Printed name and title*