**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| ANDREW YAVOICH | *   Case No.: 23-mj-00120-MAU |

\* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of James P. Ulwick, Esquire, and Kramon & Graham, P.A., as counsel on behalf of the Defendant, Andrew Yavoich, in the above-captioned matter.

Date:  July 6, 2023

Respectfully submitted,

/s/ James P. Ulwick
James P. Ulwick (D.C. Bar No. 287763)
**KRAMON & GRAHAM, P.A.**
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (telephone)
(410) 539-1269 (facsimile)
julwick@kg-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of July, 2023, a copy of the foregoing was filed electronically via CM/ECF, which effected service on counsel for all parties.

/s/ James P. Ulwick

4877-7224-9710, v. 1